# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DARYL STEWART,

        Plaintiff,

vs.                                               CASE NO. 6:06-CV-1786-ORL-19UAM

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 16, filed August 23, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 16) is **ADOPTED and AFFIRMED.** The Motion to Dismiss (Doc. No. 15, filed August 22, 2007) is **GRANTED.**

**DONE AND ORDERED** at Orlando, Florida, this   11th   day of September, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record